FILED
NOV 0 2 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____EF____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>  Plaintiff, </br></br> v. </br></br> Rosendo RODRIGUEZ-Gonzalez, </br></br>  Defendant. | Mag. Case No. **'07 MJ 8896** </br></br> COMPLAINT FOR VIOLATION OF </br></br> Title 8, U.S.C., Section 1326 </br> Attempted Entry After Deportation |

The undersigned complainant being duly sworn states:

On or about October 31, 2007, within the Southern District of California, defendant Rosendo RODRIGUEZ-Gonzalez, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e. conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Michael Mikuski
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 2nd DAY OF NOVEMBER 2007.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA

v.

Rosendo RODRIGUEZ-Gonzalez

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, E. Wells, that the Defendant was found and arrested on or about October 31, 2007, approximately .5 miles east of the Calexico, California East port of Entry.

Agent Wells was performing line watch duties when he observed an individual, later identified as Rosendo RODRIGUEZ-Gonzalez, making and illegal entry into the United States by climbing north over the International Boundary Fence with Mexico. Agent Wells responded to the area and identified himself to RODRIQUEZ as a Border Patrol Agent. Agent Wells questioned RODRIGUEZ and determined he is a native and citizen of Mexico without proper documentation to allow him to be in or remain in the United States legally. RODRIGUEZ was arrested and transported to the Calexico California Border Patrol Station.

At the station, RODRIGUEZ's biographical data and finger prints were entered into the ENFORCE/IDENT/IAFIS systems. It was determined that RODRIGUEZ has an extensive criminal history. It was also revealed that RODRIGUEZ was previously ordered deported by an Immigration Judge on August 21, 2007.

Agent Alveraz witnessed Agent Dahlstrom read RODRIGUEZ his rights per Miranda. There is no evidence RODRIGUEZ has received permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States.